NW

2-751162
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

GRIESA/T

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                                    Plaintiff,

        - against -

HARTFORD FIRE INSURANCE
COMPANY

                                    Defendant.
-------------------------------------------------X

08 Civ. 1951 (GRIESA)

**NOTICE AND ORDER
OF DISMISSAL,
<u>WITH PREJUDICE</u>**

        PLEASE TAKE NOTICE that the above captioned matter be and

hereby is dismissed, with prejudice and without costs as to each party against the

other  the defendant not having appeared  pursuant to Fed.R.Civ.P. 41.

Dated  New York, New York
        May 12, 1008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/13/08

                        LAW OFFICES OF
                        ALBERT J. AVALLONE & ASSOCIATES


                        By_____
                        Albert J. Avallone   AA1679
                        Attorneys for Plaintiff
                        ZIM AMERICAN INTEGRATED
                        SHIPPING SERVICES, INC.
                        551 Fifth Avenue, Suite 1625
                        New York, NY  10176
                        (212) 696-1760

SO ORDERED:

_____
            U.S.D.J

May 13, 2008